O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-06752-AHM (Ex) | Date | November 23, 2009 |
|---|---|---|---|
| Title | KOOSHAREM CORPORATION v. ZURICH AMERICAN INSURANCE COMPANY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Michael L. Phillips | Steven T. Whitmer | |

**Proceedings:** DEFENDANT ZURICH SERVICES CORPORATION'S MOTION TO STAY ACTION [16] (non-evidentiary)

Court issues its tentative ruling and hears oral argument. For reasons and findings stated on the record, the Court grants defendant's motion to stay action. Counsel are to lodge a proposed order.

|  | : | 05 |
|---|---|---|
| | Initials of Preparer | SMO |